## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UO! IP OF DELAWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-445-LPS |
| | ) | |
| ABBYY USA SOFTWARE HOUSE, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff UO! IP of Delaware, LLC hereby voluntarily dismisses the above-captioned action against Defendant T-Mobile USA, Inc., with prejudice, with each party to bear its own attorneys fees and costs.

October 5, 2010

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

**OF COUNSEL:**

Andrew W. Spangler
Spangler Law, PC
208 N Green St., #300
Longview, TX 75601-7312

Gregory P. Love
Scott E. Stevens
Darrell G. Dotson
STEVENSLOVE
Longview, Texas 75606

***Counsel for Plaintiff***
***UO! IP of Delaware, LLC***